**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| SEARCH OF: | ) | |
| | ) | **ORDER** |
| The Person of Tanya Wilson and Tanya | ) | |
| Wilson's residence located at 726 4th | ) | |
| Street North, New Town, North Dakota, | ) | |
| for an iphone. | ) | Case No.  1:16-mj-101 |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with

attachments, including the Affidavit of Special Agent Megan Bennett, Federal Bureau of

Investigation, Search Warrant Return, and the Government's Motion to Seal shall remain under seal

until October 15, 2016.

Dated this 18th day of April, 2016.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court